UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 0 1 2014
```

HEIDRICK & STRUGGLES
INTERNATIONAL, INC.

          Plaintiff,

   v.

KEITH DEUSSING,

          Defendant.

Case No.: 14-CV 0367 (AJN)

**STIPULATION OF DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action (including all claims for attorneys' fees and costs) be discontinued with prejudice and without costs to either party and that an order to that effect may be entered without further notice.

Dated: March 27, 2014

**JONES DAY**

By: _____
Terri L. Chase (TC 9091)

222 East 41st Street
New York, New NY 10017
Telephone: (212) 326-3886
Facsimile: (212) 755-7306
tlchase@jonesday.com

*Attorneys for Plaintiff*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: _____
Steven Eckhaus (SE 1929)

One World Financial Center
New York, NY 10281
Telephone: (212) 504-6880
Facsimile: (212) 504-6666
Steven.eckhaus@cwt.com

*Attorneys for Defendant*

SO ORDERED this 1st day of April, 2014

_____
HON. ALISON J. NATHAN
United States District Judge

NYI-4579357v2